THOMAS J. COLEMAN, JR., Esq. (SBN: 145663)
Associate Counsel, Legal Services
WRITERS GUILD OF AMERICA, WEST, INC.
7000 W. Third Street
Los Angeles, California 90048

(323) 782-4521
(323) 782-4806 FAX

Attorney for Petitioners

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Writers Guild of America, West, Inc. and Innuendo Productions f/s/o Clifton Campbell,<br><br>Petitioners,<br><br>vs.<br><br>BEG Productions, LLC and Howard Baldwin, an individual,<br><br>Respondents. | CASE NO.: CV 08-5415 PA (Ex)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>DATE: October 27, 2008<br>TIME: 1:30 p.m.<br>CTRM: 15<br><br>HONORABLE PERCY ANDERSON |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Arbitrator's Stipulated Award and for Entry of Judgment in Conformity Therewith of Petitioners Writers Guild of America, West, Inc. ("WGAW") and Innuendo Productions f/s/o Clifton Campbell was taken under submission by the Honorable Percy Anderson. Respondents BEG Productions, LLC and Howard Baldwin were duly served with notice of the proceeding but failed to file a responsive pleading. The Court having considered the pleadings and documents on file orders as follows:

1

W:\Compensation cases\CO06031\Petition to Confirm\[Proposed] Judgment2.doc

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in this proceeding as follows:

1. The Stipulation for Entry of Arbitration Award and Arbitration Award ("Award") signed by Doug Collins, the sole neutral Arbitrator, on September 21, 2007 is confirmed in all respects.

2. BEG Productions, LLC and Howard Baldwin, Sr. are jointly and severally ordered to immediately pay to the WGAW on behalf of Innuendo Productions f/s/o Clifton Campbell unpaid compensation in the principal amount of $34,000.00, together with interest in the amount of $11,808.25 as of April 22, 2008. Interest continues to accrue at the rate of 1.5% per month from April 22, 2008 until said unpaid principal amount is paid in full.

3. BEG Productions, LLC and Howard Baldwin, Sr. are jointly and severally ordered to immediately pay to the WGAW contributions to the Pension Plan and Health Fund on behalf of Innuendo Productions f/s/o Clifton Campbell in the principal amount of $4,929.50, together with interest in the amount of $947.32 as of April 22, 2008. Interest continues to accrue at the rate of .83% per month from April 22, 2008 until said unpaid principal amount is paid in full.

4. BEG Productions, LLC and Howard Baldwin, Sr. are jointly and severally ordered to immediately pay to the WGAW attorney's fees in the amount of $2,500.00, together with costs in the amount of $350.00.

DATED: December 5, 2008

_____
United States District Judge